| Case | Docket No. | Date | Judge | Disposition |
|---|---|---|---|---|
| Showalter v. Ray | 18A02–1608–JP–1849 | 02/17/2017 | RILEY, J. | Affirmed in part, reversed in part, and remanded with instructions |
| | | | CRONE, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Overly v. Overly | 29A02–1609–DR–2192 | 02/17/2017 | BRADFORD, J. | Affirmed in part and remanded with instructions |
| | | | VAIDIK C.J. | Concurs |
| | | | BROWN, J. | Concurs |
| L.G., Matter of | 79A05–1607–JC–1558 | 02/17/2017 | BAKER, J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Daugherty v. State | 29A02–1609–CR–2076 | 02/17/2017 | BRADFORD, J. | Affirmed |
| | | | VAIDIK C.J. | Concurs |
| | | | BROWN, J. | Concurs |
| Hersley v. State | 16A05–1602–CR–364 | 02/17/2017 | MATHIAS, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | PYLE, J. | Concurs |
| R.B., In re | 49A05–1609–JT–2036 | 02/20/2017 | ROBB, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Sandifer v. State | 49A02–1605–CR–1083 | 02/21/2017 | MAY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BAILEY, J. | Concurs |
| Whittington v. State | 05A02–1512–CR–2359 | 02/21/2017 | ALTICE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Miranda v. State | 64A03–1601–CR–124 | 02/21/2017 | KIRSCH, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | BARNES, J. | Concurs |
| McGuire v. State | 09A02–1605–CR–1148 | 02/21/2017 | KIRSCH, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Esparza–Hernandez v. State | 20A03–1605–CR–1095 | 02/21/2017 | RILEY, J. | Affirmed |
| | | | CRONE, J. | Concurs |
| | | | ALTICE, J. | Concurs |